IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-0184 (RMC) |
| | ) |
| SHOUN-ALLEN MASONRY, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO ENTRY OF JUDGMENT

It is hereby stipulated by and between Plaintiffs, John Flynn, et al., and Defendant Shoun-Allen Masonry, Inc., in the above-captioned action, by counsel, that Defendant waives all defenses to the Plaintiffs' Complaint and having entered into a settlement agreement in the form of a Memorandum of Understanding, attached hereto as Exhibit A, agrees to the entry of a final judgment against it in the form presented to the Court in the proposed Judgment attached hereto as Exhibit B.

NOW, THEREFORE, the parties agree as follows:

1. Plaintiffs and Defendant Shoun-Allen Masonry, Inc., hereby waive the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure and having entered into a settlement agreement in the form of a Memorandum of Understanding attached hereto as Exhibit A, consent to the immediate entry by the Court of the Final Judgment against Defendant Shoun-Allen Masonry, Inc. in the form annexed hereto as Exhibit B;

2201782.01

2.  Defendant Shoun-Allen Masonry, Inc., consents to the immediate entry of judgment against it and in favor of Plaintiffs in the amount of $225,000, less credit for any payments made by Defendant from the date of entry of final judgment forward;

3.  Accordingly, the Court should enter final Judgment in favor of Plaintiffs and against Defendant Shoun-Allen Masonry, Inc. in the form attached hereto as Exhibit B.

Dated: February 15, 2007    By: _____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2234

Attorneys for Plaintiffs
John Flynn, et al.

Dated: 2/13, 2007    By: _____
Jeffrey C. Taylor, Esq.
TAYLOR LAW FIRM
365 West Third North Street
P.O. Box 2004
Morristown, TN 37816-2004
(423) 586-6812

Attorneys for Defendants
Shoun-Allen Masonry, Inc.

2201782.01

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0184 (RMC) |
| SHOUN-ALLEN MASONRY, INC., | ) |
| Defendant. | ) |

## MEMORANDUM OF UNDERSTANDING

This confirms the agreement between Shoun-Allen Masonry, Inc., ("Shoun-Allen" or "Defendant"), and the Trustees of the Bricklayers & Trowel Trades International Pension Fund ("IPF") (also representing the interests of the International Union of Bricklayers and Allied Craftworkers International Masonry Institute ("IMI"). With respect to the obligation of Shoun-Allen to the IPF (also representing the IMI) and in consideration of the mutual covenants and agreements herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Defendant and the Trustees of the IPF hereby agree as follows:

1. Defendant hereby acknowledges its indebtedness to the IPF and IMI for unpaid contributions and related damages relating to work performed during the months of January 2003 through December 2006.

2. With respect to contributions and related damages due Plaintiffs by Defendant relating to work performed during the months of January 2003 through December 2006, the parties have agreed to settle for a total of $225,000 payable to Plaintiffs by Defendant as outlined below:

2201663.01

3. Defendant agrees to make the following payments, totaling $225,000, in satisfaction of the moneys owed the IPF for work performed in January 2003 through December 2006:

| | | |
|---|---|---|
| a. | February 15, 2007 | $18,750 |
| b. | March 15, 2007 | $18,750 |
| c. | April 15, 2007 | $18,750 |
| d. | May 15, 2007 | $18,750 |
| e. | June 15, 2007 | $18,750 |
| f. | July 15, 2007 | $18,750 |
| g. | August 15. 2007 | $18,750 |
| h. | September 15 2007 | $18,750 |
| i. | October 15, 2007 | $18,750 |
| j. | November 15, 2007 | $18,750 |
| k. | December 15, 2007 | $18,750 |
| l. | January 15, 2008 | $18,750 |

Defendant agrees that the above payments will be received on or before each respective due date. Payments under this Memorandum are to be sent to Ira R. Mitzner, Esq., Dickstein Shapiro LLP, 1825 Eye Street N.W., Washington DC 20006. Checks should be made payable to "Bricklayers International Pension Fund." Failure to meet any of the obligations under this payment schedule shall constitute a default.

2201663.01

4. The parties will file a stipulated Judgment in the amount of $225,000. So long as Defendant is not in default according to its chosen payment plan, outlined above, the Trustees agree not to seek to execute on the Judgment against Defendant.

5. If Defendant is in default or fails to fulfill any of its obligations under this Memorandum, Defendant does hereby consent to the Trustees' execution on the Judgment, described in paragraph 4, in favor of the IPF. Any amount paid by the Defendant or its bonding companies will be subtracted from the total amount due on the Judgment, with interest on the Judgment amount to run from the date of the default, as defined above.

6. When the IPF has received $225,000 from Defendant, it shall provide Shoun-Allen with a Satisfaction of Judgment. If Defendant shall default in its obligations under paragraph 3, the IPF shall have the right, among other things, to execute upon the Judgment and collect all amounts necessary to satisfy the outstanding balance of the Judgment.

7. Defendant agrees to file monthly reports and make all contributions owing to the IPF and IMI for work performed as it is legally obligated.

8. Defendant acknowledges proper service of the Summons and Complaint in this action.

9. Defendant agrees that at any time, and from time to time, upon the written request of the Trustees, Defendant will execute and deliver such further documents and do such other

2201663.01

reasonable acts as the Trustees may request in order to effectuate the purpose of this Memorandum.

AGREED TO AND ACCEPTED:

Shoun-Allen Masonry, Inc.

By _____
Mark A. Shoun

Sworn to and subscribed before me this 13 day of Feb., 2007

_____
Notary Public
My commission expires: 6/30/2009

TRUSTEES, IPF by their counsel,
DICKSTEIN SHAPIRO LLP

By _____
Ira R. Mitzner, Counsel

4

2201663.01

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0184 (RMC) |
| SHOUN-ALLEN MASONRY, INC., | ) |
| Defendant. | ) |

## JUDGMENT

Plaintiffs having filed a Complaint on January 25, 2007, against Shoun-Allen Masonry, Inc. and the parties having agreed upon a basis for the resolution of the matters alleged in the Complaint, and having entered into a settlement agreement in the form of a Memorandum of Understanding (*See* attached as Exhibit A. to the Stipulation to Entry of Judgment), and having agreed to the entry of a judgment in this action, now upon the consent of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that final judgment in favor of Plaintiffs and against Defendant Shoun-Allen Masonry, Inc. is hereby granted and judgment shall be entered as follows:

1. That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velarado, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero, and Ben Cap, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International

2201793.01

Pension Fund ("IPF"), 620 F Street, N.W., Washington, DC 20004, recover from Defendant Shoun-Allen Masonry, Inc., 6032 W. Andrew Johnson Highway, Talbott, TN 37877, the sum of $225,000;

2. That Shoun-Allen Masonry, Inc., be directed to submit to the IPF all monthly reports and contributions that may become due subsequent to the filing of this judgment; and

3. That final judgment shall be entered on the docket in the total amount of $225,000 in favor of Plaintiffs and against Defendant Shoun-Allen Masonry, Inc.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2007

_____
United States District Court Judge

2201793.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0184 (RMC) |
| ) | |
| SHOUN-ALLEN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC  20006
>
> Jeffrey C. Taylor, Esq.
> 365 West Third North Street
> P.O. Box 2004
> Morristown, TN  37816-2004