IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0184 (RMC) |
| ) | |
| SHOUN-ALLEN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Plaintiffs having filed a Complaint on January 25, 2007, against Shoun-Allen Masonry, Inc. and the parties having agreed upon a basis for the resolution of the matters alleged in the Complaint, and having entered into a settlement agreement in the form of a Memorandum of Understanding (*See* attached as Exhibit A. to the Stipulation to Entry of Judgment), and having agreed to the entry of a judgment in this action, now upon the consent of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that final judgment in favor of Plaintiffs and against Defendant Shoun-Allen Masonry, Inc. is hereby granted and judgment shall be entered as follows:

1.  That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velarado, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero, and Ben Cap, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International

2201793.01

Pension Fund ("IPF"), 620 F Street, N.W., Washington, DC 20004, recover from Defendant Shoun-Allen Masonry, Inc., 6032 W. Andrew Johnson Highway, Talbott, TN 37877, the sum of $225,000;

    2.    That Shoun-Allen Masonry, Inc., be directed to submit to the IPF all monthly reports and contributions that may become due subsequent to the filing of this judgment; and

    3.    That final judgment shall be entered on the docket in the total amount of $225,000 in favor of Plaintiffs and against Defendant Shoun-Allen Masonry, Inc.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: 22 February, 2007

*Rosemary M. Collyer*
United States District Court Judge

2201793.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 07-0184 (RMC)
)
SHOUN-ALLEN MASONRY, INC., )
)
Defendant. )

### LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC 20006
>
> Jeffrey C. Taylor, Esq.
> 365 West Third North Street
> P.O. Box 2004
> Morristown, TN 37816-2004

DSMDB-2215181v01